**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA   :   No. 5 MM 2019
                                          :
                                          :
                    v.                           :
                                          :
                                          :
KEVIN FELIX RODRIGUEZ          :
                                          :
                                          :
PETITION OF: DOUGLAS J. WALTMAN,   :
ESQUIRE                                   :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 17th day of April, 2019, in consideration of the Petition to Withdraw as Counsel, this matter is REMANDED to the Court of Common Pleas of Montgomery County for a determination of whether Kevin Rodriguez's present counsel should be permitted to withdraw.

      If present counsel is permitted to withdraw, the court is DIRECTED to resolve any issues relative to Kevin Rodriguez being appointed counsel or granted leave to proceed *pro se*.

      The Court of Common Pleas of Montgomery County is DIRECTED to enter its order regarding this remand within 60 days and to promptly notify this Court of its determination.